CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Angel Ramos-Trujillo**; DOB:1978; Mexico<br>**Jesus Alvaro Arcudias-Aguilar**; DOB: 2001; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08347MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), 1324(a)(2)(B)(ii) and 8 U.S.C. § 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about October 22, 2026, in the District of Arizona, **Angel Ramos-Trujillo** and **Jesus Alvaro Arcudias-Aguilar**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Renato Goncalves-Dos Reis and Eduardo Sales-Santos, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**COUNT 2:** On or about October 22, 2026, in the District of Arizona, **Jesus Alvaro Arcudias-Aguilar**, did knowing or in reckless disregard of the fact that certain aliens, including Renato Goncalves-Dos Reis and Eduardo Sales-Santos, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said aliens, in any manner whatsoever, at a place other than a designated port of entry, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain, in violation of **Title 8, United States Code, Sections 1324(a)(2)(B)(ii).**

**COUNT 3:** On or about October 22, 2026, in the District of Arizona, **Jesus Alvaro Arcudias-Aguilar**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on July 16, 2026, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of **Title 8, United States Section 1326(a)**, a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 22, 2026, in the District of Arizona (Ajo), at approximately 7:30 p.m., Border Patrol Agents (BPAs) were observing traffic at mile marker (MM) 45 on State Route (SR) 85. BPAs observed a vehicle matching the description of a white Nissan Sentra that had been observed earlier in the day on camera. BPAs had previously observed the Sentra make a quick turnaround in the Lukeville area. At approximately 12:00 p.m., BPAs reviewed images of a white Nissan Sentra entering South Puerto Blanco Road (SPB) and returning to SR 85 approximately five minutes later and appearing to be significantly heavier upon its return. Recent trends indicate that smugglers often pick up illegal aliens on SPB because of its proximity to SR 85. Vehicles often make a quick turnaround on SPB and then travel north toward Phoenix, Arizona. When BPAs observed the same Sentra at 7:30 p.m., it again appeared to be heavily laden, which raised suspicions of the BPAs. BPAs followed the vehicle northbound on SR 85. Records checks were performed on the vehicle license plate and revealed the vehicle was registered in Phoenix and had no record of border crossings. SR 85 is a main route for civilians visiting Organ Pipe Cactus National Monument and traveling to and from Mexico through the Lukeville Port of Entry.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Renato Goncalves-Dos Reis and Eduardo Sales-Santos

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Taylor Garrett<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 23, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: J. Kreamer-Hope

**Continued from previous page.**


It is unusual to observe vehicles registered in Phoenix traveling in this area without recent border crossings. Upon reviewing the registered owner's motor vehicle records, BPAs discovered that the registered owner had no Social Security number, driver's license, or date of birth on record. BPAs initiated a vehicle stop to conduct an immigration inspection. Upon approaching the vehicle, BPAs told the driver to lower the windows and they observed several individuals in the vehicle. BPAs observed three subjects in the rear seat, one subject in the front passenger seat, and one subject in the driver's seat. While observing the rear-seat passengers, BPAs observed what appeared to be camouflage pants worn by one of the subjects. This type of camouflage is consistent with clothing aliens typically wear in the desert in an attempt to avoid detection by law enforcement.

BPAs made contact with the driver, later identified as **Angel Ramos-Trujillo**, a citizen of Mexico. Three of the passengers in the vehicle were later identified as **Jesus Alvaro Arcudias-Aguilar**, Renato Goncalves-Dos Reis, and Eduardo Sales-Santos. BPAs performed an immigration inspection of the subjects. All of the subjects, including the driver, admitted to being citizens of Mexico and Brazil and present in the United States illegally. Record checks revealed none of the subjects were in possession of the proper documentation to enter, pass through, or remain in the United States. Further checks revealed **Arcudias-Aguilar** was previously deported from the United States on July 23, 2022, through Nogales, Arizona, and Sales-Santos was deported on April 15, 2026, through Alexandria, Louisiana.

Material witness Goncalves-Dos Reis stated he is a citizen of Brazil and decided to leave his hometown and enter the United States illegally in search of a better life. He was required to pay $1,000 USD upfront to the smuggler facilitators for his transportation arrangements. On October 21, 2026, he illegally entered the United States through an opening in the international border wall accompanied by a group of five individuals, consisting of four Brazilian nationals and one Mexican national who served as the foot guide. He explained that during their first day of travel, the group was pursued by United States Border Patrol agents, causing two of the Brazilian nationals to become separated from the group. Goncalves-Dos Reis stated that he, the remaining Brazilian national, and the Mexican foot guide continued traveling together after the separation. On October 22, 2026, he and the two remaining individuals reached a designated vehicle pickup location. He explained that upon the arrival of the vehicle, all three individuals entered and occupied the rear passenger seats. Two additional individuals were seated in the front of the vehicle. His final destination was Columbus, Ohio and if he would've made it, he was going to need to pay an additional $13,000 USD. When shown a photo array containing individuals associated with the group with whom he was apprehended, he identified **Arcudias-Aguilar** as the foot guide who accompanied the group during their illegal entry into the United States. He also identified **Ramos-Trujillo** as the driver of the vehicle that picked the group up.

Material witness Sales-Santos stated he is a citizen of Brazil, and he entered the United States illegally through an open breach. He was in the desert for approximately 24 hours before being picked up by a vehicle that would further his illegal entrance into the United States. He sat behind the driver. He was able to identify everyone in the vehicle when shown a photo array containing his friend, foot guide, driver and front passenger.

After waiving his *Miranda* rights, **Ramos-Trujillo** stated he woke up at 4:30 a.m. at his apartment in Phoenix. He was advised from a “WhatsApp” contact that there was a group available for pick at the Lukeville East Gas Trak. He left his apartment at approximately 7:30 a.m. and drove down from Phoenix to pick up a group of three illegal aliens at the Gas Trak. At approximately 11:00 a.m., he honked twice, letting the three subjects know that his vehicle was the load ride. He picked up three aliens and was messaged to take them to a stash house in Phoenix located near 91st and Arizona State Route 101. A male approached his vehicle and told the subjects to go into the house and told **Ramos-Trujillo** to wait. The male returned after verifying the aliens and gave **Ramos-Trujillo** $4,000 USD for completing the job. He gave $1,200 USD to his friend who was riding as a co-passenger inside his vehicle. The $1,200 USD was the effect of a broker fee for receiving the job. **Ramos-Trujillo** and his friend went to eat food and gas up their vehicle at the Chevron gas station in Ajo, Arizona. They were then messaged again to head back to pick up a second group. They arrived around 3:00 p.m. to pick up a second group at a pull off near MM 78. The subjects already knew the description of the vehicle from the previous smuggling load, so **Ramos-Trujillo** didn't need to honk and advise the aliens that he was the pickup driver. The three aliens entered the vehicle and they proceeded northbound on SR 85.